**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-

BRAYAN GOMEZ GRAJALES,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCHEDULING ORDER

25 Mag. 2135
25 Cr.  (GBD)

GEORGE B. DANIELS, United States District Judge:

    A plea hearing for this case is hereby scheduled for August 13, 2025 at 10:00 a.m.

Dated: August 5, 2025
      New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              United States District Judge