UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:

UNITED STATES OF AMERICA                           :

    - v. -                              :      CONSENT PRELIMINARY ORDER
                                       OF FORFEITURE AS TO SPECIFIC

:      PROPERTY

BRAYAN GOMEZ GRAJALES,

:      25 Cr. ____ (GBD)

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x      **25 CRIM   362**

WHEREAS, on or about August 13, 2025, BRAYAN GOMEZ GRAJALES (the

"Defendant"), was charged in a one-count Information, 25 Cr. ____ (GBD) (the "Information"),

with firearm use, carrying, and possession, in violation of Title 18, United States Code, Section

924(c)(1)(A)(i) and 2 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One,

seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1)

and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition

involved in or used in the offense charged in Count One of the Information, including but not

limited to:

      a.  Two Polymer 80 9-millimeter firearms;

      b.  A 9-millimeter Taurus G2C firearm with serial number
          ADE289462;

      c.  A .22 caliber Smith & Wesson M&P 15-22 firearm with serial
          number DEP7785;

      d.  A .45 caliber Colt 1911 with United States Property No. 1848521;

      e.  A 9-millimeter Smith & Wesson M&P shield with serial number
          HPP3301;

        f.  A .38 Rossi Interarms special revolver with serial number AA213984;

        g.  Smith & Wesson bodyguard revolver with an integrated crimson trace laser; and

        h.  A FN Model 509 semi-automatic handgun with serial number GKS0291318;

(a. through h., collectively, the "Specific Property");

WHEREAS, on or about August 13, 2025, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title and interest of the Defendant in the Specific Property; and

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Specific Property, which constitutes firearms and ammunition involved in or used in the offense charged in Count One of the Information; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Diarra M. Guthrie, of counsel, and the Defendant and his counsel, Andrew Dalack, Esq., that:

1.      As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant BRAYAN GOMEZ GRAJALES and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Customs and Border Protection (or its designee, the Office of Fines, Penalties and Forfeitures) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov.  This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days.  Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice

on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

10.     The signature page of this Consent Preliminary Order of Forfeiture as to

Specific Property may be executed in one or more counterparts, each of which will be deemed an

original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York


August 13, 2025

By:     _____          DATE

DIARRA M. GUTHRIE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2463


BRAYAN GOMEZ GRAJALES

By:     _____          DATE

BRAYAN GOMEZ GRAJALES


By:     _____          8/13/25

ANDREW DALACK, ESQ.                              DATE
Attorney for Defendant
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007


SO ORDERED:

_____          _____

HONORABLE GEORGE B. DANIELS               DATE
UNITED STATES DISTRICT JUDGE