# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2025

**SO ORDERED**

*Via CM/ECF*
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The sentencing scheduled for December 10, 2025 is adjourned to January 14, 2026 at 10:00 a.m.

SEP 1 1 2025   *George B. Daniels*

HON. GEORGE B. DANIELS

Re:   *United States v. Brayan Gomez Grajales*
      25 Cr. 362 (GBD)

Dear Judge Daniels,

I write to respectfully request that the Court adjourn sentencing in the above-captioned case from December 10, 2025, to the week of January 12, 2026 (or thereafter). The Government, by AUSA Diarra Guthrie, consents to this application.

Since Mr. Gomez Grajales's guilty plea pursuant to a written agreement, the parties have been working together to meaningfully address Mr. Gomez Grajales's mental health concerns with the various authorities at MDC Brooklyn. Because those issues bear on subjects to be discussed at Mr. Gomez Grajales's anticipated pre-sentence interview, it is necessary to provide the parties with more time to address the issues so that the interviewing probation officer has all the necessary information. Accordingly, an adjournment of sentencing by at least 30 days is warranted.

I thank the Court for its consideration of this consent application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   AUSA Diarra Guthrie